Case 1:07-cv-00226-JJF    Document 4    Filed 05/01/2007    Page 1 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

VOITH PAPER GMBH & CO. KG,
    a Company organized and
    existing under the laws of Germany

V.

JOHNSONFOILS, INC.,
    a Delaware Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-226

TO: (Name and address of Defendant)

JOHNSONFOILS, INC.
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam W. Poff, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __**20**__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            APR 27 2007

CLERK            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 4/27/07 |
| NAME OF SERVER (PRINT) SHANE HANDLIN | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED JOHNSON FOILS INC BY SERVING ITS REGISTERED AGENT THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 3:40 PM PERSON ACCEPTING: SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/27/07             *Shane Handlin*
                Date              Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.