IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, a Company organized and existing under the laws of Germany,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSONFOILS, INC. A Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-226-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of, Anthony S. Volpe, Esquire, and Ryan W. O'Donnell, Esquire, of the law firm of Volpe and Koenig, United Plaza, Suite 1600, 30 South 17th Street, Philadelphia, PA, to represent Defendant Johnsonfoils, Inc. in the above matter.

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ George H. Seitz, III
_____
GEORGE H. SEITZ, III, ID #667
gseitz@svglaw.com
PATRICIA P. MCGONIGLE, ID #3126
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant Johnsonfoils, Inc.

59124 v1

2

## ORDER GRANTING MOTION

***IT IS HEREBY ORDERED*** counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

DATED: _____

_____
United States District Court Judge

Case 1:07-cv-00226-JJF     Document 5     Filed 05/04/2007     Page 2 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, United States Court of Appeals for the Federal Circuit, Third Circuit and Fourth Circuit and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

    ☐    has been paid to the Clerk of Court

    x    will be submitted to the Clerk's Office upon the filing of this motion.

|  |  |
|--|--|
|  | Respectfully submitted, |
| BY: | */s/ Anthony S. Volpe* |
|  | Anthony S. Volpe, Esquire |
|  | Volpe and Koenig |
|  | United Plaza, Suite 1600 |
|  | 30 South 17th Street, |
|  | Philadelphia, PA  19103 |
|  | 215-568-6400, Ext. 101 |
|  | (Telephone) |
|  | 215-568-6499 (Facsimile) |
|  | AVolpe@Volpe-Koenig.com |

DATED:  May 4, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG : | |
| : | Civil Action No. 07-226 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOHNSONFOILS, INC. : | |
| : | |
| Defendant. : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

    ☐    has been paid to the Clerk of Court

    x    will be submitted to the Clerk's Office upon the filing of this motion.

                        Respectfully submitted,

BY:    */s/ Ryan W. O'Donnell*
        Ryan W. O'Donnell, Esquire
        Volpe and Koenig
        United Plaza, Suite 1600
        30 South 17th Street,
        Philadelphia, PA  19103
        215-568-6400, Ext. 109
        (Telephone)
        215-568-6499 (Facsimile)
        rodonnell@volpe-koenig.com

DATED: May 4, 2007