IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, a Company organized and existing under the laws of Germany, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSONFOILS, INC. A Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-226-UNA |

## STIPULATION

**WHEREAS**, JohnsonFoils has requested, and Plaintiff has agreed, to grant an extension of time to answer or otherwise plead until June 11, 2007;

**WHEREAS**, JohnsonFoils has agreed that it will not file, at the time of its response, any challenge of jurisdiction or seek to change venue;

**AND, NOW THEREFORE**, it is hereby agreed the stipulated this 8 day of May, 2007, subject to the Court's approval, that the Johnsonfoils' time to answer or otherwise plead is extended until June 11, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
_____
ADAM W. POFF, ESQ. (DE #3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6642
Attorneys for Plaintiff

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ George H. Seitz III
_____
GEORGE H. SEITZ, III, ESQ. (DE #667)
222 Delaware Avenue, Suite
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
Attorneys for Defendant

59136 v1

2

IT IS SO ORDERED THIS _____ DAY OF _____, 2007.

_____
J.