IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG,<br>A Company organized and existing<br>under the laws of Germany, | :<br>:<br>:<br>: | |
| Plaintiff, | :<br>: | C.A. No. 07-226-JJF |
| v. | :<br>: | |
| JOHNSONFOILS, INC.,<br>A Delaware Corporation, | :<br>:<br>: | |
| Defendant. | : | |

**NOTICE OF ENTRY OF APPEARANCE
OF RANDOLPH J. HUIS**

TO THE CLERK:

Please enter my appearance in this matter on behalf of Defendant, JohnsonFoils, Inc.

Respectfully submitted,

Date: May 7, 2007        By_____
                          Randolph J. Huis, ID #3057
                          Volpe and Koenig, P.C.
                          United Plaza, Suite 1600
                          30 S. 17th Street
                          Philadelphia, PA 19103
                          Telephone: (215) 568-6400
                          rhuis@volpe-koenig.com

## CERTIFICATE OF SERVICE

I, George H. Seitz, III, Esquire, hereby certify that on this 15th day of May 2007, I electronically filed the foregoing *Notice of Entry of Appearance of Randolph J. Huis* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ *George H. Seitz, III*

George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

59182 v1