IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG,<br>    a company organized and<br>    existing under the laws of Germany<br><br>                Plaintiff,<br><br>       v.<br><br>JOHNSONFOILS, INC.,<br>    a Delaware Corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0226-JJF |

**FED. R. CIV. P. 7.1 (a) DISCLOSURE OF PLAINTIFF**
**VOITH PAPER GMBH & CO. KG**

I, the undersigned counsel of record for Plaintiff Voith Paper GmbH & Co. KG, certify that, to the best of my knowledge and belief, Voith Paper Holding GmbH & Co. KG owns 100% of the stock of Voith Paper GmbH & Co KG.

Dated: May 17, 2007

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
apoff@ycst.com

– and –

Neil F. Greenblum
Michael J. Fink
Ben Kota
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

*Attorneys for Plaintiff*
  *Voith Paper GmbH & Co KG*

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on May 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George H. Seitz, III, Esquire
>Patricia P. McGonigle, Esquire
>SEITZ, VAN OGTROP & GREEN, P.A.
>222 Delaware Avenue
>Suite 1500
>P.O. Box 68
>Wilmington, DE 19899

I further certify that on May 17, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

>Anthony S. Volpe, Esquire
>Ryan W. O'Donnell, Esquire
>Volpe and Koenig
>United Plaza, Suite 1600
>30 South 17th Street,
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Adam W. Poff*
>Adam W. Poff  (No. 3990.)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>apoff@ycst.com
>
>*Attorneys for Voith Paper GmbH & Co. KG*