IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG,<br>a company organized and<br>existing under the laws of Germany | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Civil Action No. 07-0226-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNSONFOILS, INC.,<br>a Delaware Corporation, | )<br>)<br>) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Neil F. Greenblum of Greenblum & Bernstein, P.L.C. to represent Plaintiff, Voith Paper GmbH & Co. KG, in this matter.

_____
Adam W. Poff (No. 3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

*Attorneys for Voith Paper GmbH & Co. KG*

Date:   May 22, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2007        _____
                                    United States District Judge

{J214720 00182104.DOC}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Virginia State and the District of Columbia Bars and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Neil F. Greenblum

Date: 5/22/07

GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on May 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    George H. Seitz, III, Esquire
    Patricia P. McGonigle, Esquire
    SEITZ, VAN OGTROP & GREEN, P.A.
    222 Delaware Avenue
    Suite 1500
    P.O. Box 68
    Wilmington, DE 19899

I further certify that on May 22, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

    Anthony S. Volpe, Esquire
    Ryan W. O'Donnell, Esquire
    Volpe and Koenig
    United Plaza, Suite 1600
    30 South 17th Street,
    Philadelphia, PA 19103

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ *Adam W. Poff*
    Adam W. Poff (No. 3990.)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    (302) 571-6600
    apoff@ycst.com

    *Attorneys for Voith Paper GmbH & Co. KG*