IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, a Company organized and existing under the laws of Germany,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSONFOILS, INC. A Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-226-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

**WHEREAS**, JohnsonFoils has requested, and Plaintiff has agreed, to grant an extension of time to answer or otherwise plead;

**WHEREAS**, JohnsonFoils has agreed that it will not file, at the time of its response, any challenge of jurisdiction or seek to change venue; and,

**IT IS HEREBY STIPULATED** this 7th day of June, 2007, subject to the Court's approval, that the Johnsonfoils' time to answer or otherwise plead is extended until July 16, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
|---|---|
| /s/ *Adam W. Poff* | /s/ *George H. Seitz, III* |
| ADAM W. POFF, ESQ. (DE #3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6642<br>Attorneys for Plaintiff | GEORGE H. SEITZ, III, ESQ. (DE #667)<br>222 Delaware Avenue, Suite<br>P. O. Box 68<br>Wilmington, DE 19899<br>(302) 888-7602<br>Attorneys for Defendant |

59433 v1

IT IS SO ORDERED THIS _____ DAY OF _____, 2007.

_____
J.