IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-226-JJF |
| JOHNSONFOILS, INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the parties in the above-captioned matter have requested that this case be referred to mediation;

WHEREAS, the Court believes mediation in this matter would be beneficial to the parties;

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

August 6, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE