IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| VOITH PAPER GMBH & CO. KG,<br>a Company organized and<br>existing under the laws of Germany,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSONFOILS, INC.,<br>a Delaware Corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-226-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2007, true and correct copies of Plaintiff's First

Set of Requests for Production to JohnsonFoils, Inc. and Plaintiff's First Set of Interrogatories to

JohnsonFoils, Inc. were caused to be served upon the following counsel of record as indicated

below:

### BY E-MAIL AND FIRST CLASS MAIL

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

PLEASE TAKE FURTHER NOTICE that on August 16, 2007, a true and correct copy of

this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will

send notification that such filing is available for viewing and downloading to the following counsel

of record:

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

Additionally, this Notice of Service was served by hand delivery on the above listed local

counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Adam W. Poff (No. 3990)
Chad S.C. Stover (No. 4919)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

*Attorneys for Plaintiff Voith Paper GmbH & Co. KG*

Dated:  August 16, 2007