IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JOHNSONFOILS, INC. : <br> : <br> Defendant. : | Civil Action No. 07-226-JJF |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT THAT U.S. PATENTS 5,718,805 AND 5,972,168 ARE INVALID

Defendant, JohnsonFoils, Inc. ("JohnsonFoils") moves this Honorable Court to grant summary judgment that U.S. patents 5,718,805 and 5,972,168 are invalid under 35 U.S.C. §103.

As detailed in the Memorandum of Law filed in support of this Motion, U.S. patents 5,718,805 and 5,972,168 are invalid under 35 U.S.C. § 103 in view of the relevant prior art, as a matter of law.

Support for this Motion is fully set forth in JohnsonFoils' accompanying Memorandum of Law and the referenced Appendices and Exhibits. A proposed Order accompanies this Motion.

Dated: August 13, 2007                         Respectfully submitted,

                                               Seitz, Van Ogtrop & Green, P.A.

                                               */s/ George H. Seitz, III*
                                               _____
                                               George H. Seitz, III (DE #667)
                                               gseitz@svglaw.com
                                               Patricia P. McGonigle (DE #3126)
                                               pmcgonigle@svglaw.com
                                               222 Delaware Avenue, Suite 1500
                                               P.O. Box 68
                                               Wilmington, DE 19801
                                               (302) 888-7602

                                               - and-

                                               Anthony S. Volpe (I.D. No. 24,733)
                                               John J. O'Malley (I.D. No. 68,222)
                                               Volpe and Koenig, P.C.
                                               United Plaza, Suite 1600
                                               30 South 17th Street
                                               Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

I, *George H. Seitz*, Esquire, hereby certify that on this 22nd day of August 2007, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ *George H. Seitz, III*
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

ORDER

The Court having considered Defendant JohnsonFoils, Inc.'s Motion for Summary Judgment and finding that U.S. Patents 5,718,805 and 5,972,168 are invalid,

**IT IS HEREBY ORDERED**, _____ day of _____, 2007, that judgment is entered in favor of JohnsonFoils, Inc. and against Voith Paper GMBH & Co., KG.

_____
J.

60641 v1