IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| Plaintiff, | : Civil Action No. 07-226-JJF |
| v. | : |
| JOHNSONFOILS, INC. | : |
| Defendant. | : |

TO:  Adam Poff, Esquire (DE #3990)
     Young, Conaway, Stargatt & Taylor
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington, DE  19801

## NOTICE

PLEASE TAKE NOTICE that Defendant Johnsonfoils, Inc. hereby withdraws its Motion for Summary Judgment filed on August 22, 2007.

Seitz, Van Ogtrop & Green, P.A.

/s/ Kevin A. Guerke
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE #4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-7602

60667 v1

## CERTIFICATE OF SERVICE

I, *Kevin A. Guerke*, Esquire, hereby certify that on this 24nd day of August 2007, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ *Kevin A. Guerke*
_____
George H. Seitz, III (ID No. 4096)
kguerke@svglaw.com

60642 v1