IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-226-JJF |
| ) | |
| JOHNSONFOILS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF VOITH PAPER GMBH & CO. KG'S RESPONSE
TO DEFENDANT JOHNSONFOILS, INC.'S COUNTERCLAIMS**

Plaintiff VOITH PAPER GMBH & CO. KG (hereinafter referred to as "Plaintiff") by and through its attorneys, hereby responds to Defendant JOHNSONFOILS, INC.'s (hereinafter referred to as "JOHNSONFOILS" or "Defendant") counterclaims, as follows:

## THE PARTIES

1. Admitted.

2. Admitted.

3. Upon information and belief, Defendant's principal place of business is located at 4399 Corporate Road, Charleston, South Carolina 29405.

## JURISDICTION AND VENUE

4. Plaintiff admits that jurisdiction and venue in this Court is proper, but denies Defendant's additional characterizations and other assertions.

5. Admitted.

6. Admitted.

{J214720 00244876.DOC}

1

## BACKGROUND

7. Plaintiff admits that Defendant modifies paper forming machines. Plaintiff is without information or belief to affirm or deny the remaining allegations of paragraph 7 and therefore denies the same.

8. Plaintiff admits that it filed a Complaint alleging that JohnsonFoils infringes the Patents-in-Suit.

9. Plaintiff admits that the Patents-in-Suit were attached to the Complaint.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST COUNTERCLAIM FOR A DECLARATORY JUDGMENT OF NONINFRINGEMENT OF THE PATENTS-IN-SUIT

10. Plaintiff hereby incorporates its responses to paragraphs 1-9 of Defendant's counterclaims to Defendant's counterclaim paragraph 10 as if fully set forth herein.

11. No response to Defendant's paragraph 11 is required because it merely states a legal conclusion. To the extent that paragraph 11 is deemed to require a response, it is denied.

12. No response to Defendant's paragraph 12 is required because it merely states a legal conclusion. To the extent that paragraph 12 is deemed to require a response, it is denied.

13. No response to Defendant's paragraph 13 is required because it merely states a legal conclusion. To the extent that paragraph 13 is deemed to require a response, it is denied.

14. No response to Defendant's paragraph 14 is required because it merely states a legal conclusion. To the extent that paragraph 14 is deemed to require a response, it is denied.

15. No response to Defendant's paragraph 15 is required because it merely states a legal conclusion. To the extent that paragraph 15 is deemed to require a response, it is denied.

16. No response to Defendant's paragraph 16 is required because it merely states a legal conclusion. To the extent that paragraph 16 is deemed to require a response, it is denied.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND COUNTERCLAIM FOR A DECLARATORY JUDGMENT THAT THE PATENTS-IN-SUIT ARE INVALID

17. Plaintiff's responses to Defendant's paragraphs 1-16 are hereby incorporated as if fully set forth herein.

18. No response to Defendant's paragraph 18 is required because it merely states a legal conclusion. To the extent that paragraph 18 is deemed to require a response, it is denied.

19. No response to Defendant's paragraph 19 is required because it merely states a legal conclusion. To the extent that paragraph 19 is deemed to require a response, it is denied.

20. No response to Defendant's paragraph 20 is required because it merely states a legal conclusion. To the extent that paragraph 20 is deemed to require a response, it is denied.

21. No response to Defendant's paragraph 21 is required because it merely states a legal conclusion. To the extent that paragraph 21 is deemed to require a response, it is denied.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S THIRD COUNTERCLAIM: PATENT MISUSE

22. Plaintiff's responses to Defendant's paragraphs 1-21 are hereby incorporated as if fully set forth herein.

23. Denied.

24. Denied.

25. To the extent that this allegation relates to an assertion of fraud and/or inequitable

conduct, it is insufficient under Fed. R. Civ. P. 9(b). Otherwise, paragraph 25 is denied.

26. To the extent that this allegation relates to an assertion of fraud and/or inequitable conduct, it is insufficient under Fed. R. Civ. P. 9(b). Otherwise, paragraph 26 is denied.

27. To the extent that this allegation relates to an assertion of fraud and/or inequitable conduct, it is insufficient under Fed. R. Civ. P. 9(b). Otherwise, paragraph 27 is denied.

28. To the extent that this allegation relates to an assertion of fraud and/or inequitable conduct, it is insufficient under Fed. R. Civ. P. 9(b). Otherwise, paragraph 28 is denied.

29. Denied.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUESTED RELIEF

WHEREFORE, Plaintiff requests that this Court DENY all relief requested in Defendant's request for Relief in paragraphs (a) – (i) of Defendant's Counterclaims. Moreover, Plaintiff requests that this Court award Plaintiff its costs and attorneys' fees for defending Defendant's asserted Counterclaims.

/s/ Adam W. Poff

Adam W. Poff (No. 3990)
YOUNG CONWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6642

– and –

Neil F. Greenblum
Michael J. Fink
Neal Goldberg
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

*Attorneys for Plaintiff Voith Paper GmbH & Co. KG*

Dated: September 5, 2007

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on September 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> George H. Seitz, III, Esquire
> Patricia P. McGonigle, Esquire
> SEITZ, VAN OGTROP & GREEN, P.A.
> 222 Delaware Avenue
> Suite 1500
> P.O. Box 68
> Wilmington, DE 19899

I further certify that on September 5, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

> Anthony S. Volpe, Esquire
> Ryan W. O'Donnell, Esquire
> Volpe and Koenig
> United Plaza, Suite 1600
> 30 South 17th Street,
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Adam W. Poff
> Adam W. Poff (No. 3990.)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> apoff@ycst.com
>
> *Attorneys for Voith Paper GmbH & Co. KG*