IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG,<br>　　a Company organized and<br>　　existing under the laws of Germany,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSONFOILS, INC.,<br>　　a Delaware Corporation,<br><br>　　　　　　Defendant. | C.A. No. 07-226-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 17, 2007, Neil F. Greenblum of Greenblum & Bernstein, P.L.C., 1950 Roland Clarke Place, Reston, VA 20191, caused true and correct copies of Plaintiff Voith Paper GMBH & Co. KG's Objections and Responses to Defendant, JohnsonFoils, Inc.'s First Set of Requests for Production of Documents and Things to Plaintiff to be served upon the following counsel of record as indicated below:

**BY E-MAIL AND FEDEX**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

DB02:6243544.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　066310.1001

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

PLEASE TAKE FURTHER NOTICE that on September 17, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Chad S.C. Stover
_____
Adam W. Poff (No. 3990)
Chad S.C. Stover (No. 4919)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
cstover@ycst.com
302-571-6600

*Attorneys for Voith Paper GmbH & Co. KG*

Dated: September 17, 2007

3