**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, Patricia P. McGonigle, hereby certify that on the 18th day of September, 2007, a copy of ***Defendant's Responses to Plaintiff's Second Set of Interrogatories, Defendant's Responses to Plaintiff's Second Request for Production of Documents and Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*** were served via Electronic Mail and First Class Mail upon counsel of record:

Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

Neil F. Greenblum, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ *Patricia P. McGonigle*
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600

Dated: September 19, 2007

61057 v1

## CERTIFICATE OF SERVICE

I, *Patricia P. McGonigle*, Esquire, hereby certify that on this 19th day of September 2007,

I electronically filed the foregoing ***Notice of Service*** with the Clerk of Court via CM/ECF and

served counsel of record as follows:

| **Via CM/ECF** | **Via First Class Mail** |
|---|---|
| Adam W. Poff, Esquire | Neil F. Greenblum, Esquire |
| Young, Conaway, Stargatt & Taylor, LLP | Michael J. Fink, Esquire |
| 1000 West Street, 17th Floor | Greenblum & Bernstein, P.L.C. |
| P. O. Box 391 | 1950 Roland Clarke Place |
| Wilmington, DE  19899 | Reston, Virginia  20191 |

/s/  *Patricia P. McGonigle*

_____

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

61057 v1