IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, a Company organized and existing under the laws of Germany,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSONFOILS, INC., a Delaware Corporation,<br><br>Defendant. | C.A. No. 07-226-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 21, 2007, Neil F. Greenblum of Greenblum & Bernstein, P.L.C., 1950 Roland Clarke Place, Reston, VA 20191, caused true and correct copies of Plaintiff Voith Paper GMBH & Co. KG's Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)(1) were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL AND FEDEX

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

PLEASE TAKE FURTHER NOTICE that on September 21, 2007, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

2

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ [signature]

                                        Adam W. Poff (No. 3990)
                                        apoff@ycst.com
                                        Chad S.C. Stover (No. 4919)
                                        cstover@ycst.com
                                        The Brandywine Building, 17th Floor
                                        1000 West Street
                                        Wilmington, DE 19801
                                        302-571-6600

                                        *Attorneys for Voith Paper GmbH & Co. KG*

Dated: September 21, 2007