IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| | : Civil Action No. 07-226 JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHNSONFOILS, INC. | : |
| | : |
| Defendant. | : |

### APPLICATION BY DEFENDANT JOHNSONFOILS, INC. FOR ORAL ARGUMENT

Defendant JohnsonFoils, Inc. ("JohnsonFoils"), by and through its undersigned counsel, hereby applies for oral argument pursuant to Local Rule 7.1.4 on Defendant's *Motion to Stay The Proceedings Pending Reexamination Of The Patents In Suit, Or In The Alternative, For Leave To File A Motion For Summary Judgment Prior To August 20, 2008 That U.S. Patents 5,718,805 And 5,972,168 Are Invalid* (the "Motion to Stay"). In support of this application, Defendant avers that the issues presented in the Motion to Stay, both legal and factual, are sufficiently complex that oral argument would assist the Court in deciding the matters presented.

**WHEREFORE,** JohnsonFoils, Inc. respectfully requests that the Court schedule oral argument on the Motion to Stay at the Court's convenience.

Dated: September 25, 2007

Seitz, Van Ogtrop & Green, P.A.

/s/ Patricia P. McGonigle
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-0600

- and-

Anthony S. Volpe (I.D. No. 24,733)
John J. O'Malley (I.D. No. 68,222)
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, Esquire, hereby certify that on September 25, 2007, I caused the foregoing *Application by Defendant JohnsonFoils, Inc.. for Oral Argument* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com