IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | 07-226 (JJF) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I hereby certify that on the 4th day of October 2007, a copy of *Defendant's First Requests for Admissions to Plaintiff, and Defendant, JohnsonFoils, Inc.'s Second Set of Requests for Production of Documents and Things to Plaintiff* were served via First Class Mail upon counsel of record:

| | |
|---|---|
| Adam W. Poff, Esquire | Neil F. Greenblum, Esquire |
| Young, Conaway, Stargatt & Taylor, LLP | Michael J. Fink, Esquire |
| 1000 West Street, 17th Floor | Greenblum & Bernstein, P.L.C. |
| P.O. Box 391 | 1950 Roland Clarke Place |
| Wilmington, DE 19899 | Reston, VA 20191 |

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *George H. Seitz, III*
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600

61267 v1

## CERTIFICATE OF SERVICE

    I, *George H. Seitz, III,* Esquire, hereby certify that on this 5th day of October 2007, I electronically filed the foregoing ***Notice of Service*** with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

    /s/ *George H. Seitz, III*
    _____
    George H. Seitz (ID No. 667)
    gseitz@svglaw.com

61267 v1