AO 88 (Rev. 11/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

VOITH PAPER GMBH & CO. KG

                Plaintiff,

                v.

JOHNSONFOILS, INC.

                Defendant.

Civil Action No. 07-226 JJF

TO: Voith Paper, Inc.
2200 N. Roemer Road
Appleton, WI 54911

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): *See Schedule A.*

| PLACE | DATE AND TIME |
| --- | --- |
| Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899 | 10/26/07 at 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature], Counsel for Plaintiff | October 1, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
George H. Seitz, III, Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington DE 19801; (302) 888-7602

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on reverse)

61184 v1

AO 88 (Rev. 11/91) (Subpoena in a Civil Case)

## PROOF OF SERVICE

DATE 10-5-07 2:30pm    PLACE

**SERVED**

SERVED ON (PRINT NAME)    MANNER OF SERVICE

VORTEX PAPER, INC.    Corp. Service
(JOHN DOE)

SERVED BY (PRINT NAME)    TITLE

MICHAEL J. BECKER    Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    10-9-07
               DATE

SIGNATURE OF SERVER

1269 Home Ave Menasha WI 54952
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B)( iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) if a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

61184 v1

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG )<br>)<br>V. )<br>)<br>JOHNSONFOILS, INC. )<br>) | U.S. District Court<br>District of Delaware<br>Docket/Index # 07-226<br><br>**Affidavit of Service** |

County of _OUTAGAMIE_ SS:

_MICHAEL J. BECKER_ being duly sworn to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in the State of Wisconsin.

On _10-5-07_ at _2:30_ AM/**PM**, deponent served the within named **SUBPOENA**

Upon **Voith Paper, Inc.**.

Said service was effected at **2200 N. Roemer Rd., Appleton, WI 54911**, or _____

( ) INDIVIDUAL SERVICE: Served the within-named personally.

( ) SUBSTITUTE SERVICE: By serving _____, _____

(✓) CORPORATE or GOVERNMENT AGENCY SERVICE: _JOHN DOE_, _____

( ) OTHER SERVICE: As described in the comments below, by serving _____

( ) NON SERVICE: For the reasons detailed in the comments below.

COMMENTS: 1st ATTEMPT RECEPTIONIST REFUSED SRVC. STATING ALL LEGAL WORK GOES TO C.T. ADVANTAGE IN MILWAUKEE, WI (10-4-07). ATTEMPT ON 10-5-07 AFTER BEING INSTRUCTED TO LEAVE PAPER BY ATTY - W/M JOHN DOE REFUSED SERVICE... PAPER WAS LEFT ON COFFEE TABLE IN LOBBY OF VOITH PAPER.

The person accepting service is described to the best of deponent's ability at the time and circumstances of service as follows:

Sex: F/**M**  Skin: _WH_  Hair: _BR_  Age(Approx): _40_  Ht.(Approx): _5'8"_  Wt.(Approx): _170_ lbs.

Other: _____

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn before me on _09 October 2007_

c/o Dennis Richman's Services For The Professional
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
(215) 977-9393 , (215) 977-9806 (Fax)
Job #63917

## CERTIFICATE OF SERVICE

I, *Patricia P. McGonigle,* Esquire, hereby certify that on this 25th day of October 2007, I electronically filed the foregoing *Subpoena to Voith Paper, Inc. with Affidavit of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

61582 v1