IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| | : Civil Action No. 07-226 (JJF) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHNSONFOILS, INC. | : |
| | : |
| Defendant. | : |

CORPORATE DISCLOSURE STATEMENT OF
JOHNSONFOILS, INC.

Defendant, JohnsonFoils, Inc. ("Plaintiff"), hereby submits its Corporate Disclosure Statement required by Rule 7.1(a), Fed. R Civ. P.

Defendant states that it is wholly owned by AstenJohnson, Inc., a Delaware corporation, and there is no publicly held corporation that owns 10% or more of Defendant's stock.

Dated:  November 29, 2007

SEITZ, VAN OGTROP & GREEN, P.A.

By: _____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

Anthony S. Volpe
Randolph J. Huis
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant
JohnsonFoils, Inc.*

62214 v1

## CERTIFICATE OF SERVICE

I, *George H. Seitz, III*, Esquire, hereby certify that on this 29th day of November 2007, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ George H. Seitz, III
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

62215 v1