IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226 - JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS IN RESPONSE TO
<u>ITS FIRST SET OF DOCUMENT REQUESTS</u>**

JohnsonFoils, Inc., by and through its attorneys, respectfully moves this Court for an Order to compel discovery from Plaintiff Voith Paper GmbH & Co. KG. Support for this Motion is fully set forth in JohnsonFoils' accompanying Memorandum of Law and the referenced Exhibits. A proposed Order accompanies this Motion.

Respectfully submitted,

Dated: December 17, 2007                    Seitz, Van Ogtrop & Green, P.A.

/s/ *Patricia P. McGonigle*
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia Pyles McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

        Anthony S. Volpe
        Randolph J. Huis
        Ryan W. O'Donnell
        Volpe and Koenig, P.C.
        United Plaza, Suite 1600
        30 South 17th Street
        Philadelphia, PA 19103
        (215) 568-6400

*Attorneys for Defendant JohnsonFoils, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| Plaintiff, | : Civil Action No. 07-226-JJF |
| v. | : |
| JOHNSONFOILS, INC. | : |
| Defendant. | : |

### RULE 7.1.1 STATEMENT

Pursuant to 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for JohnsonFoils, Inc. ("JohnsonFoils") has made a reasonable effort to reach agreement with counsel for Voith Paper GmbH & Co. KG on the matters set forth in "Defendant's Motion To Compel Production Of Documents In Response To Its First Set Of Document Requests" and that the parties have not been able to reach agreement.

Respectfully submitted,

Dated: December 17, 2007

Seitz, Van Ogtrop & Green, P.A.

*/s/ Patricia P. McGonigle*

George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia Pyles McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

        Anthony S. Volpe
        Randolph J. Huis
        Ryan W. O'Donnell
        Volpe and Koenig, P.C.
        United Plaza, Suite 1600
        30 South 17th Street
        Philadelphia, PA 19103
        (215) 568-6400

*Attorneys for Defendant JohnsonFoils, Inc.*

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 17th day of December 2007, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing to be served upon the following counsel as noted

**Via Hand Delivery**
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

**Via Email**
Neil F. Greenblum, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, Virginia  20191

/s/ *Patricia P. McGonigle*
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

62514 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

ORDER

WHEREAS, Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), has filed a Motion To Compel Production Of Documents In Response To Its First Set Of Document Requests; and the Court having considered the respective papers submitted by Plaintiff and Defendant in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that Voith Paper GmbH & Co. KG immediately:

    1. Provide all responsive documents pursuant to Local Rule 26.2.

Dated: _____, 200\_\_\_

_____
J.