IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG : | |
| : | Civil Action No. 07-226 JJF |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOHNSONFOILS, INC. : | |
| : | |
| Defendant. : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of, John J. O'Malley, Esquire, of the law firm of Volpe and Koenig, United Plaza, Suite 1600, 30 South 17th Street, Philadelphia, PA, to represent Defendant Johnsonfoils, Inc. in the above matter.

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ George H. Seitz, III
GEORGE H. SEITZ, III, ID #667
gseitz@svglaw.com
PATRICIA P. MCGONIGLE, ID #3126
pmcgonigle@svglaw.com
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant Johnsonfoils, Inc.

Dated: December 13, 2007

62452 v1

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission pro hac vice is granted.

DATED: _____        _____
                                United States District Court Judge

62452 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, United States Court of Appeals for the Third Circuit and Federal Circuit, and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐   has been paid to the Clerk of Court

    x  will be submitted to the Clerk's Office upon the filing of this motion.

              Respectfully submitted,

       BY:  _____
           John J. O'Malley, Esquire
           Volpe and Koenig, P.C.
           United Plaza, Suite 1600
           30 South 17th Street
           Philadelphia, PA  19103
           Phone:  215-568-6400, Ext. 108
           Facsimile:  215-568-6499
           JOMalley@volpe-koenig.com

Dated:  December 11, 2007

## CERTIFICATE OF SERVICE

I, *George H. Seitz, III,* Esquire, hereby certify that on this 18th day of December 2007, I electronically filed the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ *George H. Seitz, III, Esquire*
_____
George H. Seitz (ID No. 667)
gseitz@svglaw.com

62537 v1