IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER<br>GMBH & CO. KG,<br>a Company organized and<br>existing under the laws of Germany,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHNSONFOILS, INC.<br>A Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-226-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION ON BRIEFING SCHEDULE**

WHEREAS, on December 17, 2007, Defendant JohnsonFoils, Inc. ("JohnsonFoils") filed a Motion to Compel Production of Documents in Response to Its First Set of Document Requests ("Motion to Compel") (D.I. 49) and opening brief in support of the Motion to Compel; and

WHEREAS, on December 18, 2007, Plaintiff Voith Paper GMBH & Co. ("Voith") filed a Motion for Protective Order (the "Motion") (D.I. 52) and opening brief in support of the Motion, and

WHEREAS, on December 21, 2007, JohnsonFoils filed a Motion for Leave to Amend Its Counterclaims ("Motion to Amend") (D.I. 54) and opening brief in support of the Motion to Amend; and

WHEREAS, the parties have agreed to a briefing schedule for the Motion to Compel, Motion and Motion to Amend, subject to the approval of the Court.

62691 v1

IT IS HEREBY ORDERED this _____ day of January, 2008, that the following schedule shall govern briefing on the motions:

1. JohnsonFoils' answering brief in opposition to the Motion shall be filed and served on or before January 9, 2008.

2. Voith's answering brief in opposition to the Motion to Compel shall be filed and served on or before January 9, 2008.

3. Voith's answering brief in opposition to the Motion to Amend shall be filed and served on or before January 14, 2008.

4. All reply briefs shall be filed and served in accordance with the local rules of this Court.

Dated: January 8, 2008

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
|---|---|
| /s/ Adam W. Poff | /s/ George H. Seitz, III |
| ADAM W. POFF, ESQ. (DE #3990)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6642<br>Attorneys for Plaintiff | GEORGE H. SEITZ, III, ESQ. (DE #667)<br>222 Delaware Avenue, Suite<br>P. O. Box 68<br>Wilmington, DE 19899<br>(302) 888-7602<br>Attorneys for Defendant |

IT IS SO ORDERED THIS _____ DAY OF _____, 2008.

_____
J.

**CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, Esquire, hereby certify that on this 8th day of January 2007, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

62722 v1