IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG, | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF WITHDRAWAL AND REQUEST FOR**
**TERMINATION OF CM-ECF NOTICES**

To:  The Clerk of the United States District Court for the District of Delaware

PLEASE WITHDRAW THE APPEARANCE of Randolph J. Huis, Esquire, on behalf of Defendant JohnsonFoils, Inc. in the above-captioned case, and terminate the delivery of CM-ECF Notices to said attorney.

Dated:  January 10, 2008               Seitz, Van Ogtrop & Green, P.A.

                                       */s/ Patricia P. McGonigle*
                                       _____
                                       George H. Seitz, III (DE #667)
                                       gseitz@svglaw.com
                                       Patricia Pyles McGonigle (DE #3126)
                                       pmcgonigle@svglaw.com
                                       222 Delaware Avenue, Suite 1500
                                       Wilmington, DE 19801
                                       (302) 888-0600

                                       -and-

                                       */s/ Randolph J. Huis*
                                       _____
                                       Randolph J. Huis
                                       Volpe and Koenig, P.C.
                                       United Plaza, Suite 1600
                                       30 South 17th Street
                                       Philadelphia, PA 19103
                                       (215) 568-6400

                                       Attorneys for Defendant JohnsonFoils, Inc.

## **CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, Esquire, hereby certify that on this 10th day of January 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com