IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 07-226-JJF |
| JOHNSONFOILS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 15, 2008, true and correct copies of (1) Plaintiff's Third Set of Interrogatories to JohnsonFoils, Inc. and (2) Plaintiff's Third Set of Requests for Production to JohnsonFoils, Inc. were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

**BY E-MAIL AND HAND DELIVERY**

George H. Seitz, III, Esquire
Patricia P. McGonigle, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602

Additionally, the undersigned hereby certifies that on January 15, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
apoff@ycst.com
Chad S.C. Stover (No. 4919)
cstover@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600

*Attorneys for Voith Paper GmH & Co. KG*

Dated: January 15, 2008