**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHNSONFOILS, INC.,<br><br>                    Defendants. | Civil Action No. 07-226-JJF |

### NOTICE OF FILING PAPER DOCUMENTS

PLEASE TAKE NOTICE that on the 16th day of January, 2008, Defendant JohnsonFoils, Inc. filed the ***Declaration of Patricia P. McGonigle in Support of Defendant JohnsonFoils, Inc.'s Opening Claim Construction Brief*** with the Clerk of Court due to its size exceeding 4 MB.

                                          Seitz, Van Ogtrop & Green, P.A.

                                          /s/ Patricia P. McGonigle
                                          _____
                                          Patricia P. McGonigle (DE #3126)
                                          pmcgonigle@svglaw.com
                                          222 Delaware Avenue, Suite 1500
                                          Wilmington, DE 19801
                                          Tel: (302) 888-0600
                                          Fax: (302) 888-0606

                                          Attorneys for Defendant JohnsonFoils, Inc.

Dated: January 16, 2008

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 16th day of January 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.  Further, I caused a copy of the foregoing to be served upon the following counsel as noted

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Adam W. Poff, Esquire | Neil F. Greenblum, Esquire |
| Young, Conaway, Stargatt & Taylor, LLP | Neal Goldberg, Esquire |
| 1000 West Street, 17th Floor | Michael J. Fink, Esquire |
| P. O. Box 391 | Greenblum & Bernstein, PLC |
| Wilmington, DE  19899 | 1950 Roland Clarke Place |
| | Reston, Virginia  20191 |

/s/  *Patricia P. McGonigle*
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com