IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VOITH PAPER GMBH & CO. KG      :
                                         :      Civil Action No. 07-226-JJF
          Plaintiff,          :
                                         :
               v.                :
                                         :
JOHNSONFOILS, INC.                :
          Defendant.        :

## DEFENDANT JOHNSONFOILS, INC.'S MOTION TO STRIKE DECLARATION OF MICHAEL H. WALLER IN SUPPORT OF PLAINTIFF'S OPENING MARKMAN BRIEF OR IN THE ALTERNATIVE FOR AN ORDER DIRECTING MICHAEL H. WALLER TO APPEAR AT THE JANUARY 30, 2008 MARKMAN HEARING TO ALLOW DEFENDANT AN OPPORTUNITY TO CROSS-EXAMINE

JohnsonFoils, Inc., by and through its attorneys, respectfully move this Court for an Order striking the declaration of Michael H. Waller filed in support of Plaintiff's Opening Markman Brief, or in the alternative, for an Order directing Michael H. Waller to appear at the January 30, 2008 Markman Hearing to allow Defendant the opportunity to cross-examine. Support for this Motion is fully set forth in JohnsonFoils' accompanying opening brief and the referenced exhibits.

Respectfully submitted,
Seitz, Van Ogtrop & Green, P.A.

/s/ Patricia P. McGonigle

George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia Pyles McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
-and-

Dated: January 24, 2008

63087v1

Anthony S. Volpe
Randolph J. Huis
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant*
*JohnsonFoils, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VOITH PAPER GMBH & CO. KG       :
                                :    Civil Action No. 07-226-JJF
            Plaintiff,          :
                                :
        v.                      :
                                :
JOHNSONFOILS, INC.              :
                                :
            Defendant.          :

## RULE 7.1.1 STATEMENT

Pursuant to 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for JohnsonFoils, Inc. ("JohnsonFoils") has made a reasonable effort to reach agreement with counsel for Voith Paper GmbH & Co. KG ("Voith Paper") on the matters set forth in JohnsonFoils, Inc.'s Motion to Strike Declaration of Michael H. Waller In Support of Plaintiff Voith Paper GMBH & Co. KG's Opening Markman Brief or in the Alternative for an Order Directing Michael H. Waller to Appear at the January 30, 2008 Markman Hearing to Allow Defendant JohnsonFoils, Inc. Opportunity to Cross-Examine, and that the parties have not been able to reach agreement.

Seitz, Van Ogtrop & Green, P.A.

/s/ Patricia P. McGonigle

Date: January 24, 2008

_____
George H. Seitz, III (DE #667)
Patricia Pyles McGonigle (DE #3126)
Kevin A. Guerke (DE#4096)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

63086v1

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant*
*JohnsonFoils, Inc.*

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 24th day of January 2008, I

electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will

send notification of such filing to counsel of record.  Further, I caused a copy of the foregoing

pleading to be served upon the following counsel as noted

**Via Hand Delivery**
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

**Via Federal Express**
Neil F. Greenblum, Esquire
Neal Goldberg, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia  20191

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

63084 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), will present its "Motion to Strike Declaration of Michael H. Waller In Support of Plaintiff Voith Paper GMBH & Co. KG's Opening Markman Brief or in the Alternative for an Order Directing Michael H. Waller to Appear at the January 30, 2008 Markman Hearing to Allow Defendant JohnsonFoils, Inc. Opportunity to Cross-Examine" to the Court on January ___, 2008 at a time that is convenient to the Court.

PLEASE TAKE FURTHER NOTICE that Defendant is seeking an expedited hearing on this motion.

Seitz, Van Ogtrop & Green, P.A.

/s/ Patricia P. McGonigle

Date: January 24, 2008

George H. Seitz, III (DE #667)
Patricia Pyles McGonigle (DE #3126)
Kevin A. Guerke (DE#4096)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

63085v1

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant*
*JohnsonFoils, Inc.*