IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-226 (JJF) |
| ) | |
| JOHNSONFOILS, INC., ) | |
| ) | |
| Defendant ) | |

**ORDER**

At Wilmington this _____ day of _____, 2008, having considered plaintiff's Motion For Leave To Supplement Its Markman Brief, IT IS HEREBY ORDERED that plaintiff's motion is granted.

_____
U.S.D.J.