# SEITZ, VAN OGTROP & GREEN, P.A.

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial:  (302) 888-7602
Writer's E-Mail Address:  gseitz@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

January 25, 2008

*Via CM/ECF and Hand Delivery*
Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

Re:   **Request for Permission To Have Laptop Computer in Courtroom 4B**
      **Voith Paper v. JohnsonFoils, Inc.**
      **C. A. No.: 07-226 JJF**

Dear Ms. Krett:

We are scheduled to appear at a Markman hearing in Courtroom 4B commencing on January 30, 2008 and request permission to bring a laptop to assist in a presentation using a PowerPoint projector and screen during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Thank you.

Very truly yours,

GEORGE H. SEITZ, III
Delaware Bar No.: 667

GHS:drc
cc:   David Thomas, United States Marshal
      Keith Ash, Chief Court Security Officer
      Adam W. Poff, Esquire (via CM/ECF)

63097 v1