IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-226-JJF |
| ) | |
| JOHNSONFOILS, INC., ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, projectors, and a projection screen for proceedings commencing on January 30, 2008 and ending that same day.  Counsel shall comply with the inspection provisions of the United States Marshal.

Neil F. Greenblum

Neal Goldberg

Adam W. Poff

DATED: _____ _____, 2008       _____
                                                              JOSEPH J. FARNAN, JR.
                                                              United States District Judge

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON | ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL<br>ELENA C. NORMAN<br>EDMON L. MORTON<br>JOHN E. TRACEY | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: 302-571-5018<br>DIRECT FAX: 302-576-3457<br>cstover@ycst.com | JOSEPH M. BARRY<br>RYAN M. BARTLEY<br>SEAN M. BEACH<br>SANJAY BHATNAGAR<br>DONALD J. BOWMAN, JR.<br>MICHELE SHERRETTA BUDICAK<br>JEFFREY T. CASTELLANO<br>DOUGLAS T. COATS (MD ONLY)<br>KARA HAMMOND COYLE<br>KRISTEN SALVATORE DEPALMA<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>KERRIANNE MARIE FAY<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>WILLIAM E. GAMGORT<br>SEAN T. GREECHER<br>NATHAN D. GROW<br>STEPHANIE L. HANSEN<br>JAMES L. HIGGINS<br>PATRICK A. JACKSON<br>DAWN M. JONES<br>KAREN E. KELLER<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>KAREN L. PASCALE<br>SETH J. REIDENBERG<br>PATRICIA A. WIDDOSS | JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>EVANGELOS KOSTOULAS<br>JOHN C. KUFFEL<br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>ADRIA B. MARTINELLI<br>KATHALEEN MCCORMICK<br>MICHAEL W. MCDERMOTT<br>TAMMY L. MERCER<br>MARIBETH L. MINELLA<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>ROBERT F. POPPITI, JR.<br>SARA BETH A. REYBURN<br>CHERYL A. SANTANIELLO<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>CHAD S.C. STOVER<br>RICHARD J. THOMAS<br>TRAVIS N. TURNER<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

January 28, 2008

**VIA CM/ECF AND HAND DELIVERY**

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

    Re: Request for Permission To Have Laptop Computer in Courtroom 4B
       Voith Paper v. JohnsonFoils, Inc.
       C.A. No.: 07-226 JJF

Dear Ms. Krett:

  We are scheduled to appear at a Markman hearing in Courtroom 4B commencing on January 30, 2008 at 10 a.m. and request permission to bring two laptop computers to assist in a presentation using a projector and screen during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshals' policy regarding electronic devices.

                Sincerely,

                Chad S.C. Stover (No. 4919)

CSC:cac
Enclosure

cc: David Thomas, United States Marshals
   Keith Ash, Chief Court Security Officer
   George H. Seitz, III (via CM/ECF)