79

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-226-JJF |
| ) | |
| JOHNSONFOILS, INC., ) | |
| ) | |
| Defendant. ) | |

[~~PROPOSED~~] ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, projectors, and a projection screen for proceedings commencing on January 30, 2008 and ending that same day. Counsel shall comply with the inspection provisions of the United States Marshal.

Neil F. Greenblum

Neal Goldberg

Adam W. Poff

DATED: January 30, 2008

JOSEPH J. FARNAN, JR.
United States District Judge