IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG : | |
| : | Civil Action No. 07-226-JJF |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOHNSONFOILS, INC. : | |
| : | |
| Defendant. : | |

## ~~PROPOSED~~ ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, one laptop computer, a portable Power Point projector, and a projection screen for proceedings commencing on January 30, 2008 and ending the same day. Counsel shall comply with the inspection provisions of the United States Marshal.

Anthony S. Volpe

John J. O'Malley

George H. Seitz, III

Patricia P. McGonigle


Dated: January 30, 2008

_____
Joseph J. Farnan, Jr.
United States District Judge

63142 v1