IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO.KG,, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-226-JJF |
| JOHNSONFOILS, INC., | : |
| Defendant. | : |

**ORDER**

WHEREAS, on January 24, 2008, Defendant, JohnsonFoils, Inc., filed a Motion to Strike the Declaration of Michael H. Waller in Support of Plaintiff's Opening Markman Brief or in the Alternative for an Order Directing Michael H. Waller to Appear at the January 30, 2008 Markman Hearing to Allow Defendant the Opportunity to Cross-Examine (D.I. 71);

WHEREAS, on January 24, 2008, Defendant, JohnsonFoils, Inc., filed a Motion to Expedite Defendant's Combined Motion to (I) Shorten the Opposition Period for Defendant's Motion to Strike the Declaration of Michael H. Waller and (II) Set Expedited Hearing on Defendant's Motion to Strike (D.I. 72);

WHEREAS, on January 24, 2008, Plaintiff, Voith Paper GMBH & Co.KG, filed a Motion for Leave to Supplement its Opening Markman Brief (D.I. 74);

WHEREAS, the Court does not find that expedition of these motions is necessary;

      NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Expedite is **DENIED**. The parties shall submit briefing for D.I. 71 and D.I. 74 in accordance with the Federal Rules of Civil Procedure and the Local Rules.

January 31, 2008

                                       UNITED STATES DISTRICT JUDGE