IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**OBJECTION TO THE FEBRUARY 13, 2008 LETTER TO THE HONORABLE
JOSEPH J. FARNAN, JR. FILED WITH THE COURT BY VOITH PAPER
GMBH & CO. KG**

JohnsonFoils, Inc. ("JohnsonFoils") objects to Plaintiffs use of its February 13 filing (D.I. 88) as an impermissible attempt to supplement briefing on the pending Motion to Stay (D.I. 28). Instead of providing the basic information this Court requested, Voith Paper GmbH & Co. KG's ("Voith) letter brief provides a large amount of data comparing Voith and AstenJohnson, Inc. in the paper machine clothing business. AstenJohnson is not a party and its operations are not relevant to this case.

To address the deficiencies in Voith's filing, JohnsonFoils submits data obtained from Voith's own website identifying sales of €3.7 billions ($5.4 billion) and over 34,000 employees. See Exhibit A.

JohnsonFoils also objects to Voith's letter brief and declaration as an improper attempt to submit a reply brief without leave of Court.

                                      Respectfully submitted,

Date: February 19, 2008                /s/ *George H. Seitz, III*
                                            George H. Seitz, III (DE #667)
                                            Patricia Pyles McGonigle (DE #3126)
                                            Kevin A. Guerke (DE#4096)
                                            Seitz, Van Ogtrop & Green, P.A.
                                            222 Delaware Avenue, Suite 1500
                                            P.O. Box 68
                                            Wilmington, DE 19899
                                            (302) 888-0600

                                            -and-

                                            Anthony S. Volpe
                                            John J. O'Malley
                                            Ryan W. O'Donnell
                                            Volpe and Koenig, P.C.
                                            United Plaza, Suite 1600
                                            30 South 17th Street
                                            Philadelphia, PA 19103
                                            (215) 568-6400

                                            *Attorneys for Defendant JohnsonFoils, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**<u>NOTICE OF FILING</u>**

PLEASE TAKE NOTICE That this 19th day of February, 2008 Defendant has filed the attached Objection to Plaintiff's February 13, 2008 Letter to the Court.

SEITZ, VAN OGTROP & GREEN, P.A.


By: */s/ George H. Seitz*
George H. Seitz, III (DE #667)
Patricia Pyles McGonigle (DE #3126)
Kevin A. Guerke (DE#4096)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400
   *Attorneys for Defendant
   JohnsonFoils, Inc.*

# EXHIBIT A

 

- Home
- Voith Group
- Deutsch

About Voith
- Voith - Engineered reliability
- Organization Structure



### Voith. Four Group Divisions - One Group

With over 34,000 employees and sales of over € 3.7 billion, Voith is one of the world's leading companies in the markets paper, energy, mobility and service. For 140 years, technical pioneering feats have been inseparably related with the name Voith.

Voith Paper, Voith Turbo, Voith Siemens Hydro Power Generation and Voith Industrial Services are the four Group divisions that belong to the Voith Group of Companies. Voith AG (the holding company) is responsible for the general business strategies within the Voith Group.

Four Group Divisions - one Group. Also Voith Paper belongs to this strong group and is part of a bigger entirety. And that works out well - for the profit of customers, employees and the other Group Divisions. Because also for Voith applies: The entirety is more than the sum of its parts.

- Note for U.S. residents



- Home
- Deutsch
- Company Data
  - Sales
  - Orders received
  - Net Income
  - Capital Expenditures
  - Research
  - Employees



## Acquisitions swell workforce



| 2003 | 16 153 | 8 093 | 24 246 |
| 2004 | 15 992 | 8 322 | 24 314 |
| 2005 | 16 546 | 14 288 | 30 834 |
| 2006 | 16 677 | 17 408 | 34 085 |

■ Systems & Products   ■ Services

Employees on September 30

At the end of September 2006, the Voith Group employed a total of 34 085 people, of which 15 489 (previous year: 13 631) are working in Germany, and 18 596 (17 203) abroad. This is added by 809 (647) apprentices. The figure includes approximately 2 000 employees from companies acquired in fiscal year 2005/2006, most of them from Hörmann Industrietechnik.

- Note for U.S. residents
- Your remarks regarding this page

Case 1:07-cv-00226-JJF   Document 92-3   Filed 02/19/2008   Page 5 of 7




- Home
- Company Data
- Sales
  - Voith Paper
  - Voith Turbo
  - Voith Siemens Hydro
  - Voith Industrial Services

- Deutsch

## Slight Drop in Sales As Anticipated



| | |
|---|---|
| 02/03 | 1601 |
| 03/04 | 1749 |
| 04/05 | 1658 |
| 05/06 | 1567 |

Sales at Voith Paper [EUR in millions]

As expected, sales at Voith Paper edged down from € 1.7 billion in the previous exercise to € 1.6 billion. This slippage was due to the lower order intake in the preceding fiscal year as a whole.

- Note for U.S. residents
- Your remarks regarding this page

## CERTIFICATE OF SERVICE

I, George H. Seitz, III, Esquire, hereby certify that on this 19th day of February 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.  Further, I caused a copy of the foregoing pleading to be served upon the following counsel as noted.

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Adam W. Poff, Esquire | Neil F. Greenblum, Esquire |
| Young, Conaway, Stargatt & Taylor, LLP | Neal Goldberg, Esquire |
| 1000 West Street, 17th Floor | Michael J. Fink, Esquire |
| P. O. Box 391 | Greenblum & Bernstein, PLC |
| Wilmington, DE  19899 | 1950 Roland Clarke Place |
| | Reston, Virginia  20191 |

/s/  *George H. Seitz, III*
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

63499 v1