IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| | :    07-226 (JJF) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHNSONFOILS, INC. | : |
| | : |
| Defendant. | : |

**NOTICE OF SERVICE**

I hereby certify that on the 19th day of February 2008, a copy of *Defendant's Responses to Plaintiff's Third Set of Request for Production* and *Defendant's Responses to Plaintiff's Third Set of Interrogatories* were served via First Class Mail upon counsel of record:

Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Neil F. Greenblum, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *George H. Seitz, III*
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600

63517 v1

## CERTIFICATE OF SERVICE

I, *George H. Seitz, III,* Esquire, hereby certify that on this 20th day of February 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ *George H. Seitz, III*
_____
George H. Seitz (ID No. 667)
gseitz@svglaw.com

63517 v1