# SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7602
Writer's E-Mail Address: gseitz@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

February 13, 2008

REDACTED – PUBLIC VERSION

FILED UNDER SEAL & PURSUANT
TO LOCAL RULE 26.2

**Via CM/ECF and Hand Delivery**
Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Wilmington, DE 19801-3519
Lockbox 27

Re:   Voith Paper GMBH & Co. KG v. JohnsonFoils, Inc.
      Civil Action No. 07-226 JJF

Dear Judge Farnan:

As you requested at the January 30, 2008 *Markman* hearing, this letter provides the additional information to assist the Court in deciding whether to stay the case pending the outcome of the five (5) reexaminations. Due to the sensitive commercial information contained in this letter, JohnsonFoils is providing a copy to Voith's Counsel pursuant to Local Rule 26.2 and is filing this document under seal.

Although JohnsonFoils does not manufacture the       million dollar paper making machines supplied by Voith, it specializes in the management of water removal and sheet formation on paper making machines provided by a variety of manufacturers, including Voith. JohnsonFoils manufactures drainage equipment, cleaning systems, ceramic products and technology used with those various papermaking machines. In addition, JohnsonFoils has been involved in providing such rebuilds for sections of the papermaking machines since 1963.

Since it only provides certain products for use on a paper making machine, JohnsonFoils is a much smaller company than Voith. JohnsonFoils currently has       employees, which is in line with its five year (5) average of      employees. JohnsonFoils' unaudited 2007 annual sales revenues were approximately     million dollars.

68396 v1

The Honorable Joseph J. Farnan
February 13, 2008
Page 2

   During the January 30th hearing, Voith raised its concern that JohnsonFoils was using the accused rebuilds to get "in the door" at Voith's clients. Any such "in the door" argument is baseless. The accused rebuilds are installed on _____ paper making machines, not Voith's paper making machines. Moreover, JohnsonFoils is a long time service provider to the customers identified by Voith. That Voith's attempt to analogize to the "medical manufacturer" cases is not well taken here is demonstrated by the attached reports that show JohnsonFoils' activities, at the locations of the customers for the accused products, occurred well before the alleged infringement.

Finally, the Court also expressed an interest in the market share for the accused products. Unfortunately, due to the cyclical nature of the business, JohnsonFoils does not have that data, and has no knowledge regarding any similar rebuilds that have been done by Voith, Metso or other suppliers to the industry. However, JohnsonFoils can state that it has only installed the accused products at three (3) U.S. paper mills, which are long time customers of JohnsonFoils, on _____ machines.

If the Court requires any additional information or briefing, JohnsonFoils is available at the Court's convenience.

                     Respectfully submitted,

                     GEORGE H. SEITZ, III
                     DE Bar No. 667

GHS:drc

cc: All counsel of record (via e-mail) pursuant to Local Rule 26.2

63896 v1

## CERTIFICATE OF SERVICE

I, George H. Seitz, III, Esquire, hereby certify that on this 21st day of February 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel as noted.

**Via First Class Mail**
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

**Via First Class Mail**
Neil F. Greenblum, Esquire
Neal Goldberg, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia  20191

/s/ *George H. Seitz, III*
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

63558 v1



RPM
Appe -

## Call Report

**Mill:**                                                        Date:   8/08/2001

**Location:**

                                                                 By:    Jeff McKinney

**Contacted:**

**Subject:**

---

Discussion

Filed Under Seal Pursuant To Local Rule 26.2

 

**THE MARK OF QUALITY**
**JWI Group**
**Johnson Foils**
40 Progress Ave., Springfield, MA 01104-3291
(413) 733-6603, Fax (413) 733-7263

June 9, 1997

File No. JDW-28.97

Attention:

Subject:

Dear Mr.

Sincerely,

JWI GROUP, INC.
JOHNSON FOILS

Jim White
Applications Engineer

/s

cc:

bc:

Filed Under Seal Pursuant To Local Rule 26.2

## CALL REPORT - JWI GROUP - JOHNSON FOILS

June 24, 1997

*CC: MJM*

---

**CONTACTED:**

**PURPOSE OF VISIT:**

**SUMMARY:** Monday, July 7

**ACTION:**

MS/arh
6/27/97

stsnaz6.24

Filed Under Seal Pursuant To Local Rule 26.2