IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, a Company organized and existing under the laws of Germany,<br><br>                              Plaintiff,<br><br>v.<br><br>JOHNSONFOILS, INC., a Delaware Corporation,<br><br>                            Defendants. | Civil Action No. 07-0226-JJF |

TO:   Michael J. Fink, Esquire
        Greenblum & Bernstein, P.L.C.
        1950 Roland Clarke Place
        Reston, VA  20191

### NOTICE OF DEPOSITION OF ALBRECHT MEINECKE

Pursuant to Federal Rule of Civil Procedure 30, Defendant, JohnsonFoils, Inc., will take the video taped deposition of Albrecht Meinecke, before a person duly authorized to administer oaths, at the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, DE  19899 commencing at 9:30 a.m. on April 18, 2008, and continuing until concluded.

Dated: March 13, 2008

                                        SEITZ, VAN OGTROP & GREEN, P.A.

                                        /s/ *Patricia P. McGonigle*

                                        George H. Seitz, III (DE #667)
                                        gseitz@svglaw.com
                                        Patricia P. McGonigle (DE #3126)
                                        pmcgonigle@svglaw.com
                                        222 Delaware Avenue, Suite 1500
                                        P.O. Box 68
                                        Wilmington, DE  19801
                                        (302) 888-0600

64000 v1

- and -

Anthony S. Volpe
Ryan W. O'Donnell
John J. O'Malley
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215-568-6400
Facsimile: 215-568-6499

*Attorneys for Defendant, JohnsonFoils, Inc.*

64000 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 14th day of March 2008, I electronically filed the foregoing Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel as noted:

<u>Via Email</u>
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

<u>Via Email</u>
Neil F. Greenblum, Esquire
Neal Goldberg, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia 20191

/s/ *Patricia P. McGonigle*
───────────────────────────
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

64005 v1