IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VOITH PAPER GMBH & CO. KG,
  a Company organized and existing under
  the laws of Germany,

                              Plaintiff,

          v.

JOHNSONFOILS, INC.,
  a Delaware Corporation,

                              Defendants.

Civil Action No. 07-226 (JJF)

TO:   Michael J. Fink, Esquire
      Greenblum & Bernstein, P.L.C.
      1950 Roland Clarke Place
      Reston, VA  20191

## NOTICE OF DEPOSITION OF KURT F. BRANDAUER

Pursuant to Federal Rule of Civil Procedure 30, Defendant, JohnsonFoils, Inc., will take the video taped deposition of Kurt Brandauer, before a person duly authorized to administer oaths, at the offices of Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, DE  19899 commencing at 9:30 a.m. on April 24, 2008, and continuing until concluded.

Dated: March 13, 2008

                    SEITZ, VAN OGTROP & GREEN, P.A.

                    /s/ Patricia P. McGonigle

                    George H. Seitz, III (DE #667)
                    gseitz@svglaw.com
                    Patricia P. McGonigle (DE #3126)
                    pmcgonigle@svglaw.com
                    222 Delaware Avenue, Suite 1500
                    P.O. Box 68
                    Wilmington, DE  19801
                    (302) 888-0600

63995 v1

- and -

Anthony S. Volpe
Ryan W. O'Donnell
John J. O'Malley
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-568-6400
Facsimile: 215-568-6499

*Attorneys for Defendant, JohnsonFoils, Inc.*

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 14th day of March 2008, I electronically filed the foregoing Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel as noted:

**Via Email**
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

**Via Email**
Neil F. Greenblum, Esquire
Neal Goldberg, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia  20191

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

64005 v1