**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

VOITH PAPER GMBH & CO. KG,
a Company organized and
existing under the laws of Germany,

Plaintiff,

v.

JOHNSONFOILS, INC.,
a Delaware Corporation,

Defendant.

C.A. No. 07-226-JJF

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 14, 2008, Michael J. Fink of Greenblum & Bernstein, P.L.C., 1950 Roland Clarke Place, Reston, VA 20191, caused true and correct copies of (1) *Notice of Deposition of Douglas McPherson*; (2) *Notice of Deposition of Vaughn Wildfong;* (3) *Notice of Deposition of Jay Shands*; (4) *Notice of Deposition of James A. Ronning*; (5) *Notice of Taking Deposition Pursuant to Fed.R.Civ.P.30(b)(6) of JohnsonFoils, Inc;* (6) *Notice of Taking Deposition Pursuant to Fed.R.Civ.P.30(b)(6) of AbitibiBowater, Inc. on April 28, 2008;* (7) *Notice of Taking Deposition Pursuant to Fed.R.Civ.P.30(b)(6) of AbitibiBowater, Inc. on April 18, 2008;* (8) *Notice of Taking Deposition Pursuant to Fed.R.Civ.P.30(b)(6) of AstenJohnson, Inc.* and (9) *Notice of Taking Deposition Pursuant to Fed.R.Civ.P.30(b)(6) of International Paper* to be served upon the following counsel of record as indicated below:

**BY FEDEX**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600

30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
RHuis@volpe-koenig.com

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

PLEASE TAKE FURTHER NOTICE that on March 17, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

Additionally, this Notice of Service was served by hand delivery on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Randolph J. Huis, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Adam W. Poff (No. 3990)
Chad S.C. Stover (No. 4919)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
cstover@ycst.com
302-571-6600

*Attorneys for Voith Paper GmbH & Co. KG*

Dated: March 17, 2008