IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**ASTENJOHNSON, INC.'S MOTION FOR PROTECTIVE ORDER
TO PROHIBIT THE DISCLOSURE AND DISCOVERY REQUESTED IN VOITH
PAPER GMBH & CO. KG'S MARCH 14, 2008 SUBPOENAS**

Third-party, AstenJohnson, Inc. ("AstenJohnson"), by and through its undersigned attorneys, respectfully moves for a Protective Order pursuant to FED. R. CIV. P. 26(c) that prohibits:

A. all discovery requested of AstenJohnson in the March 14, 2008 Subpoena served by Voith Paper GMBH & Co. KG ("Voith") on AstenJohnson; and

B. the discovery requested in Topic No. 7 and Request No. 5 of the March 14, 2008 Subpoenas served by Voith on Abitibi Bowater, Inc. and International Paper Company.

Support for this Motion is set forth in AstenJohnson's accompanying Brief and Exhibits.

65175v1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Seitz, Van Ogtrop & Green, P.A. |
|  | /s/ Patricia P. McGonigle |
| Dated: March 24, 2008 | _____ |
|  | George H. Seitz, III (DE #667) |
|  | gseitz@svglaw.com |
|  | Patricia Pyles McGonigle (DE #3126) |
|  | pmcgonigle@svglaw.com |
|  | Kevin A. Guerke (DE#4096) |
|  | kguerke@svglaw.com |
|  | 222 Delaware Avenue, Suite 1500 |
|  | P.O. Box 68 |
|  | Wilmington, DE 19899 |
|  | (302) 888-0600 |
|  | - and - |
|  | Anthony S. Volpe |
|  | John J. O'Malley |
|  | Ryan W. O'Donnell |
|  | Volpe and Koenig, P.C. |
|  | United Plaza, Suite 1600 |
|  | 30 South 17th Street |
|  | Philadelphia, PA  19103 |
|  | (215) 568-6400 |
|  | *Attorneys for Third Party AstenJohnson, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| | : Civil Action No. 07-226-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHNSONFOILS, INC. | : |
| | : |
| Defendant. | : |

## NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached
      Certificate of Service

PLEASE TAKE NOTICE that third-party AstenJohnson, Inc. seeks to present its *Motion for Protective Order to Prohibit the Disclosure and Discovery Requested in Voith Paper GMBH & Co. KG's March 14, 2008* Subpoenas to the Court on Friday, **May 9, 2008 at 10:00 a.m.**

Dated: March 24, 2008

Respectfully submitted,

Seitz, Van Ogtrop & Green, P.A.

/s/ Patricia P. McGonigle
_____
George H. Seitz, III (DE667)
gseitz@svglaw.com
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

- and -

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
(215) 568-6400

*Attorneys for Third Party*
*AstenJohnson, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

## RULE 7.1.1 STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for third-party, AstenJohnson, Inc. ("AstenJohnson"), has made a reasonable effort to reach agreement with counsel for Plaintiff, Voith Paper GMBH & Co. KG, on the matters set forth in AstenJohnson's Motion for a Protective Order, and that the parties have not been able to reach agreement.

Respectfully submitted,

Dated: *March 24, 2008*

_____
Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
(215) 568-6400

*Attorneys for Third Party
AstenJohnson, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG : | |
| : | Civil Action No. 07-226-JJF |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOHNSONFOILS, INC. : | |
| : | |
| Defendant. : | |

PROPOSED ORDER

WHEREAS, third-party, AstenJohnson, Inc. ("AstenJohnson"), has filed a Motion for Protective Order; and the Court having considered the respective papers submitted by Plaintiff, Voith Paper GMBH & Co. KG ("Voith"), and AstenJohnson in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

**IT IS HEREBY ORDERED**, on this _____ day of _____, 2008, that AstenJohnson's Motion is **GRANTED**, and all discovery requested in Voith's March 14, 2008 Subpoena to AstenJohnson is prohibited. It is further **ORDERED** that the discovery requested in Topic No. 7 and Request No. 5 of the March 14, 2008 Subpoenas directed to Abitibi Bowater, Inc. and International Paper Company is prohibited.

_____
U.S.D.J.

64176v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 24th day of March 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel as noted

Plaintiff's Counsel:

| Via Hand Delivery | Via Federal Express |
|---|---|
| Adam W. Poff, Esquire | Neil F. Greenblum, Esquire |
| Young, Conaway, Stargatt & Taylor, LLP | Neal Goldberg, Esquire |
| 1000 West Street, 17th Floor | Michael J. Fink, Esquire |
| P. O. Box 391 | Greenblum & Bernstein, PLC |
| Wilmington, DE 19899 | 1950 Roland Clarke Place |
| | Reston, Virginia 20191 |

Third-Parties:

| Via Federal Express | Via Federal Express |
|---|---|
| AbitibiBowater, Inc. | International Paper Company |
| c/o Corporation Service Company | c/o The Corporation Company |
| 2908 Poston Avenue | 2000 Interstate Park Drive |
| Nashville, TN 37203 | Suite 204 |
| | Montgomery, AL 36109 |

Via Federal Express
AbitibiBowater, Inc.
c/o C T Corporation System
2394 E. Camelback Road
Phoenix, AZ 85016

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com

64179 v1