IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

### JOHNSONFOILS, INC.'S MOTION FOR AN ORDER
### OF PROTECTION FROM THE MARCH 14, 2008 SUBPOENAS SERVED
### BY VOITH PAPER GMBH & CO. KG

JohnsonFoils, Inc. ("JohnsonFoils"), by and through its undersigned attorneys, respectfully moves for an Order of Protection from the March 14, 2008 Subpoenas served by Voith Paper GMBH & Co. KG ("Voith") on AstenJohnson, Inc., Abitibi Bowater, Inc., and International Paper Company. Support for this Motion is set forth in the accompanying Brief and Exhibits.

                                                  Respectfully submitted,

                                                  Seitz, Van Ogtrop & Green, P.A.

                                                  /s/ Patricia P. McGonigle

Dated: March 25, 2008                                 _____
                                                  George H. Seitz, III (DE #667)
                                                  gseitz@svglaw.com
                                                  Patricia Pyles McGonigle (DE #3126)
                                                  pmcgonigle@svglaw.com
                                                  Kevin A. Guerke (DE#4096)
                                                  kguerke@svglaw.com
                                                  222 Delaware Avenue, Suite 1500
                                                  P.O. Box 68
                                                  Wilmington, DE 19899
                                                  (302) 888-0600
                                                  - and -

64189v1

- 2 -

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
(215) 568-6400

*Attorneys for Defendant*
*JohnsonFoils, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| | : Civil Action No. 07-226-JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHNSONFOILS, INC. | : |
| | : |
| Defendant. | : |

## NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached
Certificate of Service

PLEASE TAKE NOTICE that JohnsonFoils, Inc. seeks to present its *Motion for An Order of Protection From the March 14, 2008 Subpoenas Served by Voith Paper GMBH & Co. KG* to the Court on Friday, **May 9, 2008 at 10:00 a.m.**

| | |
|---|---|
| Dated: March 25, 2008 | Respectfully submitted, |
| | Seitz, Van Ogtrop & Green, P.A. |
| | /s/ Patricia P. McGonigle |
| | _____ |
| | George H. Seitz, III (DE667) |
| | gseitz@svglaw.com |
| | Patricia P. McGonigle (DE3126) |
| | pmcgonigle@svglaw.com |
| | Kevin A. Guerke (DE4096) |
| | kguerke@svglaw.com |
| | 222 Delaware Avenue, Suite 1500 |
| | P.O. Box 68 |
| | Wilmington, DE 19899 |
| | (302) 888-0600 |
| | - and - |

64191v1

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
(215) 568-6400

*Attorneys for JohnsonFoils, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG : | |
| : | Civil Action No. 07-226-JJF |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOHNSONFOILS, INC. : | |
| : | |
| Defendant. : | |

### RULE 7.1.1 STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), has made a reasonable effort to reach agreement with counsel for Plaintiff, Voith Paper GMBH & Co. KG, on the matters set forth in JohnsonFoils's Motion for a Protective Order, and that the parties have not been able to reach agreement.

Respectfully submitted,

Dated: March 25, 2008

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant*
*JohnsonFoils, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

PROPOSED ORDER

WHEREAS, Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), has filed a Motion for Protective Order; and the Court having considered the respective papers submitted by Plaintiff, Voith Paper GMBH & Co. KG ("Voith"), and JohnsonFoils in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

**IT IS HEREBY ORDERED**, on this _____ day of _____, 2008, that JohnsonFoils' Motion is **GRANTED**, and all discovery concerning JohnsonFoils requested in Voith's March 14, 2008 Subpoenas to AstenJohnson, Inc., AbitibiBowater, Inc., and International Paper Company is prohibited.

_____
U.S.D.J.

64188v1

CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 25th day of March 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel as noted

Plaintiff's Counsel:

Via Hand Delivery
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

Via Federal Express
Neil F. Greenblum, Esquire
Neal Goldberg, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia  20191

Third-Parties:

Via Federal Express
AbitibiBowater, Inc.
c/o Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203

Via Federal Express
AbitibiBowater, Inc.
c/o C T Corporation System
2394 E. Camelback Road
Phoenix, AZ 85016

Via Federal Express
International Paper Company
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

/s/  *Patricia P. McGonigle*
_____
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com

64190 v1