IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG,<br>a Company organized and<br>existing under the laws of Germany,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSONFOILS, INC.,<br>a Delaware Corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 07-226-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 4, 2008, Michael J. Fink of Greenblum & Bernstein, P.L.C., 1950 Roland Clarke Place, Reston, VA 20191, caused a true and correct copy of *Voith's Responses and Objections to Defendant JohnsonFoils' Notice of Rule 30(b)(6) Deposition* to be served upon the following counsel of record as indicated below:

### BY FEDEX

Anthony S. Volpe, Esquire
John J. O'Malley, Esquire
Ryan W. O'Donnell, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 S. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
jomalley@volpe-koenig.com
rodonnell@volpe-koenig.com

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

PLEASE TAKE FURTHER NOTICE that on April 7, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

George H. Seitz, III, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
gseitz@svglaw.com

Additionally, this Notice of Service was served by e-mail on the above listed local counsel and on the following counsel in the manner indicated:

**BY E-MAIL**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
John J. O'Malley, Esquire
VOLPE AND KOENIG, P.C.
United Plaza, Suite 1600
30 s. 17th Street
Philadelphia, PA 19103
(215) 568-6400
avolpe@volpe-koenig.com
rodonnell@volpe-koenig.com
jomalley@volpe-koenig.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Chad S.C. Stover
Adam W. Poff (No. 3990)
Chad S.C. Stover (No. 4919)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
cstover@ycst.com
302-571-6600

*Attorneys for Voith Paper GmbH & Co. KG*

Dated: April 7, 2008