IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**JOHNSONFOILS, INC.'S MOTION TO EXTEND THE DISCOVERY PERIOD AND TO EXTEND THE DURATION OF VOITH'S WITNESS DEPOSITIONS**

Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), by and through its undersigned attorneys, respectfully moves this Honorable Court for an Order:

1.   Extending the period for discovery set by the Court's August 3, 2007 Scheduling Order by ninety (90) days; and

2.   Extending the length of time permitted to conduct Voith's witness depositions to two (2) days (*i.e.*, fourteen (14) hours).

Support for this Motion is set forth in the accompanying Brief and Exhibits.

Respectfully submitted,

/s/ *Patricia P. McGonigle*

Dated:  April 8, 2008

George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia Pyles McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

64367 v1

- 2 -

- and -

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
(215) 568-6400

*Attorneys for Defendant
JohnsonFoils, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF MOTION

TO:   All Counsel Appearing on the Attached Certificate of Service

PLEASE TAKE NOTICE that JohnsonFoils, Inc. seeks to present its *Motion to Extend the Discovery Period and to Extend the Duration of Voith's Witness Depositions* to the Court on **Friday, May 9, 2008 at 10:00 a.m. or such earlier time as permitted by the Court.** JohnsonFoils is concurrently filing a motion to shorten the briefing period and set an expedited hearing with respect to the present motion.

Dated: April 8, 2008

Respectfully submitted,

Seitz, Van Ogtrop & Green, P.A.

/s/ Patricia P. McGonigle
_____
George H. Seitz, III (DE667)
gseitz@svglaw.com
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

64352v1

- and -

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
(215) 568-6400

*Attorneys for JohnsonFoils, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG : | |
| : | Civil Action No. 07-226-JJF |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOHNSONFOILS, INC. : | |
| : | |
| Defendant. : | |

PROPOSED ORDER

WHEREAS, Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), has filed a Motion to Extend the Discovery Period and To Extend the Duration of Voith's Witness Depositions; and the Court having considered the respective papers submitted by Plaintiff, Voith Paper GMBH & Co. KG ("Voith"), and JohnsonFoils in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

IT IS HEREBY ORDERED, on this _____ day of _____, 2008, that JohnsonFoils' Motion is GRANTED, and the discovery period is extended for a period of ninety (90) days. It is further ORDERED that the depositions for each of Voith's witness will be extended to a period of two (2) days (*i.e.* fourteen (14) hours).

_____
J.

64369 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

### RULE 7.1.1 STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), has made a reasonable effort to reach agreement with counsel for Plaintiff, Voith Paper GMBH & Co. KG, on the matters set forth in JohnsonFoils' Motion to Extend the Discovery Period and To Extend the Duration of Voith's Witness Depositions, and that the parties have not been able to reach agreement.

Respectfully submitted,

Dated: April 8, 2008

_____
Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA  19103
(215) 568-6400

*Attorneys for Defendant*
*JohnsonFoils, Inc.*

# CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 8th day of April 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.  Further, I caused a copy of the foregoing pleading to be served upon the following counsel of record in the manner so noted:

| Via Hand Delivery | Via Electronic Mail |
|---|---|
| Adam W. Poff, Esquire | Neil F. Greenblum, Esquire |
| Young, Conaway, Stargatt & Taylor, LLP | Neal Goldberg, Esquire |
| 1000 West Street, 17th Floor | Michael J. Fink, Esquire |
| P. O. Box 391 | Greenblum & Bernstein, PLC |
| Wilmington, DE  19899 | 1950 Roland Clarke Place |
|  | Reston, Virginia  20191 |

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com

64353 v1