IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-226-JJF |
| | ) |
| JOHNSONFOILS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Chad S.C. Stover (No. 4919) withdraws from his representation of Plaintiff Voith Paper GmbH & Co. KG. Plaintiff continues to be represented in this action by the law firm of Young Conaway Stargatt & Taylor, LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
apoff@ycst.com
(302) 571-6600

*Attorneys for Plaintiff Voith Paper GmbH & Co. KG*

Dated: April 8, 2007

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that on April 8, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

George H. Seitz, III, Esquire
Patricia P. McGonigle, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899

I further certify that on April 8, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

Anthony S. Volpe, Esquire
Ryan W. O'Donnell, Esquire
Volpe and Koenig
United Plaza, Suite 1600
30 South 17th Street,
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Adam W. Poff (No. 3990)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
cstover@ycst.com