IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

**ASTENJOHNSON, INC.'S REPLY TO VOITH PAPER GMBH & CO. KG'S ANSWERING BRIEF IN OPPOSITION TO ASTENJOHNSON, INC.'S MOTION FOR PROTECTIVE ORDER TO PROHIBIT THE DISCLOSURE AND DISCOVERY REQUESTED IN VOITH PAPER GMBH & CO. KG'S MARCH 14, 2008 SUBPOENAS**

George H. Seitz, III (DE #667)
Patricia Pyles McGonigle (DE #3126)
Kevin A. Guerke (DE#4096)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

Attorneys for Plaintiff

Dated: April 21, 2008

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

**THIS IS A SEALED DOCUMENT**

# EXHIBIT "P"

# (FILED UNDER SEAL)