IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| Plaintiff, | : | 07-226 (JJF) |
| v. | : | |
| JOHNSONFOILS, INC. | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I hereby certify that on the 21st day of May 2008, per agreement with Plaintiff's counsel, two (2) copies of *Report of Joseph M. Genco on the Invalidity of U.S. Patents 5,718,805 and 5,972,168,* was served upon the following counsel of record in the manner noted:

<u>Via Hand Delivery</u>
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

          SEITZ, VAN OGTROP & GREEN, P.A.

          /s/ *Patricia P. McGonigle*
          _____
          George H. Seitz, III (DE #667)
          gseitz@svglaw.com
          Patricia P. McGonigle (DE #3126)
          pmcgonigle@svglaw.com
          222 Delaware Avenue, Suite 1500
          P.O. Box 68
          Wilmington, DE  19801
          (302) 888-0600
          Attorneys for Defendant

65127 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 21st day of May 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

65127 v1