IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
| | :    07-226 (JJF) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHNSONFOILS, INC. | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I hereby certify that on the 2nd of June 2008, a copy of *JohnsonFoils, Inc's Objections to Plaintiff, Voith Paper GMBH & Co. KG's, Fourth Set of Interrogatories* was served upon counsel of record as follows:

<u>Via Electronic Mail and First Class Mail</u>
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

<u>Via Electronic Mail and First Class Mail</u>
Neil F. Greenblum, Esquire
Michael J. Fink, Esquire
P. Branko Pejic, Esquire
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191


SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *Patricia P. McGonigle*
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia P. McGonigle (DE #3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600
Attorneys for Defendant

65303 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 3rd day of June 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

65303 v1