IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| Defendant. | : | |

**DEFENDANT JOHNSONFOILS, INC.'S MOTION TO COMPEL
PLAINTIFF VOITH PAPER GMBH & CO. KG TO RESPOND TO DEFENDANT'S
FIRST SET OF INTERROGATORIES AND TO CATEGORIZE DOCUMENT
RESPONSES**

Defendant JohnsonFoils, Inc., by and through its attorneys, respectfully moves this Court for an Order to compel discovery from Plaintiff Voith Paper GmbH & Co. KG. to Respond to Defendant's First Set of Interrogatories as fully set forth in JohnsonFoils' accompanying Memorandum of Law and the referenced Exhibits. A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ *Patricia P. McGonigle*

Dated: June 5, 2008

George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia Pyles McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

65394 v1

-and-

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant
JohnsonFoils, Inc.*

65394 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOITH PAPER GMBH & CO. KG | : | |
| | : | Civil Action No. 07-226-JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSONFOILS, INC. | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached
      Certificate of Service

PLEASE TAKE NOTICE that Defendant, JohnsonFoils, Inc. ("JohnsonFoils"), seeks to present its "Motion to Compel Plaintiff, Voith Paper GmbH & Co. KG to Respond to Defendant's First Set of Interrogatories and to Categorize Document Responses" to the Court on July 11, 2008 at 10:00 a.m.

Respectfully submitted,

Seitz, Van Ogtrop & Green, P.A.

/s/ *Patricia P. McGonigle*

Dated: June 5, 2008

George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia Pyles McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

-and-

65393 v1

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant
JohnsonFoils, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG | : |
|       Plaintiff, | :    Civil Action No. 07-226-JJF |
|       v. | : |
| JOHNSONFOILS, INC. | : |
|       Defendant. | : |

## RULE 7.1.1 STATEMENT

Pursuant to 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for JohnsonFoils, Inc. ("JohnsonFoils") has made a reasonable effort to reach agreement with counsel for Voith Paper GmbH & Co. KG on the matters set forth in "Defendant's Motion to Compel Plaintiff Voith Paper GMBH & Co. KG to Respond to Defendant's First Set of Interrogatories and to Categorize Document Responses" and that the parties have not been able to reach agreement.

Dated: June 5, 2008

Respectfully submitted,

Seitz, Van Ogtrop & Green, P.A.

_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
Patricia Pyles McGonigle (DE #3126)
pmcgonigle@svglaw.com
Kevin A. Guerke (DE#4096)
kguerke@svglaw.com
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

65392 v1

(302) 888-0600
-and-

Anthony S. Volpe
John J. O'Malley
Ryan W. O'Donnell
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

*Attorneys for Defendant
JohnsonFoils, Inc.*

65392 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 5th day of June 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel of record in the manner so noted:

<u>Via Hand Delivery</u>
Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

<u>Via Federal Express</u>
Neil F. Greenblum, Esquire
Neal Goldberg, Esquire
Michael J. Fink, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia 20191

/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com

65388 v1