IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-226 (JJF) |
| ) | |
| JOHNSONFOILS, INC., ) | |
| ) | |
| Defendant ) | |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Voith Paper GMBH & Co. KG. and JohnsonFoils, Inc. have reached an agreement to settle Civil Action Nos. 07-226 and 07-769 pending before this Court. The parties expect to file a finalized stipulation of dismissal within the next few weeks.

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

/s/ Adam W. Poff
_____
Adam W. Poff (DE #3990)
apoff@ycst.com
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6642
Attorneys for Plaintiff

SEITZ, VAN OGTROP &
 GREEN, P.A.

/s/ George H. Seitz, III
_____
George H. Seitz, III (DE #667)
gseitz@svglaw.com
222 Delaware Avenue, Suite 15
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600
Attorneys for Defendant