UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-226 (JJF) |
| ) | |
| JOHNSONFOILS, INC., ) | |
| ) | |
| Defendant ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Voith Paper GMBH & Co. KG. ("Voith") and JohnsonFoils, Inc. ("JohnsonFoils") have amicably settled the claims and counterclaims asserted between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Voith and JohnsonFoils hereby jointly request the Court to dismiss with prejudice all claims asserted by Voith against JohnsonFoils and all counterclaims asserted by JohnsonFoils against Voith. Each party will bear its own costs and attorneys' fees.

SO ORDERED, _____, 2008.

_____
Honorable Joseph J. Farnan
United States District Judge

The undersigned approve as to the form and entry of the foregoing:

Attorneys for Plaintiff
VOITH PAPER GMBH & CO. KG

    */s/ Adam W. Poff*
By:_____
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Tel: (302) 571-6600
Fax: (302) 571-1253

    -and-

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
1950 Roland Clarke Place
Reston, VA 20191
(Tel): (703) 716-1191

Attorneys for defendant
JOHNSONFOILS, INC.

    */s/ Patricia P. McGonigle*
By:_____
SEITZ, VAN OGTROP & GREEN, P.A.
George H. Seitz, III, Esq. (DE #667)
Patricia P. McGonigle (DE #3126)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-7602

    -and-

VOLPE AND KOENIG, P.C.
Anthony S. Volpe, Esq.
John J. O'Malley, Esq.
Ryan W. O'Donnel, Esq.
United Plaza, Suite 1600
30 S. 17th Street
Philadelphia, PA 19103
(215) 568-6400

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 2nd day of July 2008, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record. Further, I caused a copy of the foregoing pleading to be served upon the following counsel via electronic mail:

Adam W. Poff, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

Neil F. Greenblum, Esquire
Michael J. Fink, Esquire
P. Branko Pejic, Esquire
Greenblum & Bernstein, PLC
1950 Roland Clarke Place
Reston, Virginia  20191


/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com

65765 v1