AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>07cv226 | DATE FILED<br>4/30/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Voith Paper GMBH & Co. KG | | DEFENDANT<br>JohnsonFoils Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,718,805 | 2/17/1998 | J.M. Voith GmbH |
| 2 | 5,972,168 | 10/26/1999 | Voith Sulzer Papiertechnik Patent GmbH |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Order |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>7/10/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOITH PAPER GMBH & CO. KG., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOHNSONFOILS, INC., )<br>)<br>Defendant ) | Civil Action No. 07-226 (JJF) |

### JOINT MOTION TO DISMISS WITH PREJUDICE

Voith Paper GMBH & Co. KG. ("Voith") and JohnsonFoils, Inc. ("JohnsonFoils") have amicably settled the claims and counterclaims asserted between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Voith and JohnsonFoils hereby jointly request the Court to dismiss with prejudice all claims asserted by Voith against JohnsonFoils and all counterclaims asserted by JohnsonFoils against Voith. Each party will bear its own costs and attorneys' fees.

SO ORDERED, July 8, 2008.

_____
Honorable Joseph J. Farnan Jr.
United States District Judge

The undersigned approve as to the form and entry of the foregoing:

Attorneys for Plaintiff
VOITH PAPER GMBH & CO. KG

    /s/ Adam W. Poff
By:_____
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Tel: (302) 571-6600
Fax: (302) 571-1253

    -and-

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
1950 Roland Clarke Place
Reston, VA 20191
(Tel): (703) 716-1191

Attorneys for defendant
JOHNSONFOILS, INC.

    /s/ Patricia P. McGonigle
By:_____
SEITZ, VAN OGTROP & GREEN, P.A.
George H. Seitz, III, Esq. (DE #667)
Patricia P. McGonigle (DE #3126)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-7602

    -and-

VOLPE AND KOENIG, P.C.
Anthony S. Volpe, Esq.
John J. O'Malley, Esq.
Ryan W. O'Donnel, Esq.
United Plaza, Suite 1600
30 S. 17th Street
Philadelphia, PA 19103
(215) 568-6400

2